UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CBH EQUITY, LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:15-CV-00137 |
| § | |
| MURPHY OIL USA, INC., § | |
| § | |
| Defendant. § | |

## ORDER

On August 31, 2015, Plaintiff filed a "Motion for Leave to File Plaintiff's First Amended Original Petition" (D.E. 10). The Motion was accompanied by a certificate of conference indicating that the Motion is either opposed or a party has not indicated whether it is opposed or unopposed. Any party opposing said Motion is ORDERED to file a response on or before September 4, 2015.

ORDERED this 31st day of August, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE